**Order entered January 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00353-CR

**WILLIE CHARLES WALKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F11-55349-H**

## ORDER

The State's January 16, 2013 Second Motion to Extend the Time for Filing the State's

Accompanying Brief is **GRANTED**. The State's Brief, tendered to the Clerk on January 16,

2013, is **ORDERED** filed as of the date of this order.


/s/    DAVID LEWIS
        JUSTICE